1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   OSCAR VALERO;
     BLANCA VALERO,

11
              Plaintiffs,                         No. 2:12-cv-1115-KJM-EFB PS

12
         vs.

13
     BANK OF AMERICA HOME LOANS;
14   BANK OF NEW YORK MELLON;
     RECONTRUST COMPANY, N.A.;
15   and DOES 1-10, inclusive,                    ORDER

16            Defendants.
                                        /
17

18        This case, in which plaintiffs are proceeding pro se, is before the undersigned pursuant to

19   Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).  On June 7,

20   2012, defendants filed a motion to dismiss plaintiffs' complaint, which is noticed to be heard on

21   August 22, 2012.  Dckt. No. 6.

22        Although Local Rule 230(c) provides that opposition to the granting of a motion must be

23   served upon the moving party, and filed with this court, no later than fourteen days preceding the

24   noticed hearing date or, in this instance, by August 8, 2012, plaintiffs did not file their opposition

25   ////

26   ////

1

1  to defendants' motion to dismiss until August 14, 2012.[1]  Dckt. No. 7.  In addition to the

2  tardiness of plaintiffs' opposition, the opposition does not respond to many of the specific

3  arguments made in the motion to dismiss.  *Id.*  However, in light of plaintiffs' pro se status,

4  plaintiffs will be given an opportunity to file a revised opposition.  In that revised opposition,

5  plaintiffs shall respond to each of the specific arguments made in the motion to dismiss.

6          Accordingly, IT IS HEREBY ORDERED that:

7          1.  The hearing on defendants' motion to dismiss, Dckt. No. 6, is continued to September

8  12, 2012 at 10:00 a.m. in Courtroom No. 24.

9          2.  On or before August 29, 2012, plaintiffs shall file a revised opposition to the motion

10  in which plaintiffs respond to the specific arguments set forth in the motion to dismiss.

11          3.  Failure of plaintiffs to do so may be deemed a statement of non-opposition to the

12  motion, and may result in a recommendation that the motion be granted and/or that this action be

13  dismissed for failure to prosecute and for failure to comply with court orders and this court's

14  Local Rules.

15          4.  Defendants may file a reply to plaintiffs' revised opposition on or before September 5,

16  2012.

17          5.  The status conference currently scheduled for September 5, 2012, is rescheduled for

18  December 19, 2012 at 10:00 a.m. in Courtroom No. 24.

19          6.  On or before December 5, 2012, the parties shall file status reports addressing the

20  matters referenced in the court's April 26, 2012 order.

21          SO ORDERED.

22  DATED:  August 16, 2012.

23                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

24

25  _____

26  [1] Plaintiffs are admonished that, in the future, a failure to timely file documents may result in the imposition of sanctions.

2