IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR VALERO;
BLANCA VALERO,

      Plaintiffs,                No. 2:12-cv-1115-KJM-EFB PS

      vs.

BANK OF AMERICA HOME LOANS;
BANK OF NEW YORK MELLON;
RECONTRUST COMPANY, N.A.;
and DOES 1-10, inclusive,             ORDER

      Defendants.
_____/

      This case, in which plaintiffs are proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On June 7, 2012, defendants filed a motion to dismiss plaintiffs' complaint, which is noticed to be heard on August 22, 2012.  Dckt. No. 6.

      Although Local Rule 230(c) provides that opposition to the granting of a motion must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by August 8, 2012, plaintiffs did not file their opposition

////

////

1

to defendants' motion to dismiss until August 14, 2012.[1] Dckt. No. 7.  In addition to the tardiness of plaintiffs' opposition, the opposition does not respond to many of the specific arguments made in the motion to dismiss.  *Id.*  However, in light of plaintiffs' pro se status, plaintiffs will be given an opportunity to file a revised opposition.  In that revised opposition, plaintiffs shall respond to each of the specific arguments made in the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1.  The hearing on defendants' motion to dismiss, Dckt. No. 6, is continued to September 12, 2012 at 10:00 a.m. in Courtroom No. 24.

2.  On or before August 29, 2012, plaintiffs shall file a revised opposition to the motion in which plaintiffs respond to the specific arguments set forth in the motion to dismiss.

3.  Failure of plaintiffs to do so may be deemed a statement of non-opposition to the motion, and may result in a recommendation that the motion be granted and/or that this action be dismissed for failure to prosecute and for failure to comply with court orders and this court's Local Rules.

4.  Defendants may file a reply to plaintiffs' revised opposition on or before September 5, 2012.

5.  The status conference currently scheduled for September 5, 2012, is rescheduled for December 19, 2012 at 10:00 a.m. in Courtroom No. 24.

6.  On or before December 5, 2012, the parties shall file status reports addressing the matters referenced in the court's April 26, 2012 order.

SO ORDERED.

DATED:  August 16, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs are admonished that, in the future, a failure to timely file documents may result in the imposition of sanctions.